HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Andrew Tasakos,<br><br>                     Plaintiff,<br>    v.<br><br>AGA Service Comapny, et al.<br><br>                     Defendants. | CASE NO. CV 22-00433RAJ<br><br>MINUTE ORDER |

The following minute order is made by the direction of the Court, the Honorable Richard A. Jones:

Judge Jones RECUSES himself from this action. The Clerk has reassigned this action to the Honorable Ricardo S. Martinez in accordance with this District's case assignment procedures. All pleadings filed in the future shall bear case number 22-00433RSM.

Dated this 29th day of August, 2022.

RAVI SUBRAMANIAN
Clerk of the Court

s/ SANDRA RAWSKI
Deputy Clerk

MINUTE ORDER – 1