UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW TASAKOS, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGA SERVICE COMPANY (d/b/a ALLIANZ GLOBAL ASSISTANCE) and JEFFERSON INSURANCE COMPANY,<br><br>Defendants. | CASE NO. 2:22-cv-00433-RSM<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY ACTION** |

This matter, having come before the Court on the parties' stipulated motion to stay this action pending final approval of a proposed class action settlement in another case, and the Court have considered the motion and the record, hereby makes the following order.

It is ORDERED that:

1) This action is STAYED, with leave to (a) reopen to litigate, if the proposed settlement is not perfected, is terminated, or is not approved in the earlier filed action pending in the Northern District of California (*Elgindy v. AGA Service Co. et al.*, 4:20-cv-06304-JST); or (b) dismiss the action, if the proposed settlement is finally approved.

2) The parties shall file joint reports on the status of the settlement every 90 days, until this action is dismissed or reopened.

3) Defendants' pending Motion to Dismiss, Dkt. #11, is STRICKEN and removed from the Court's Calendar with leave to refile if necessary.

DATED this 16th day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE