THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW TASAKOS, on behalf of himself, the general public, and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AGA SERVICE COMPANY (d/b/a ALLIANZ GLOBAL ASSISTANCE) and JEFFERSON INSURANCE COMPANY,<br><br>Defendants. | Case No. 2:22-cv-00433-RSM<br><br>**JOINT STATUS REPORT** |

1       Plaintiff Andrew Tasakos ("Plaintiff") and Defendants AGA Service Company d/b/a Allianz Global Assistance and Jefferson Insurance Company ("Defendants") (collectively, the "Parties"), by and through their respective undersigned counsel, respectfully file this joint status report as directed by the Court in its November 16, 2022, order staying this action. ECF No. 19.

      On November 16, 2022 the Parties jointly moved to stay this action after reaching agreement on certain material terms of settlement that would resolve both this case and an earlier filed action pending in the Northern District of California *(Elgindy v. AGA Service Co. et al.*, 4:20-cv-06304-JST) (the "*Elgindy* Action"). ECF No. 17. As explained in that motion, the negotiating parties contemplated submission of the settlement for approval in the *Elgindy* Action, under Rule 23(e). Final approval of the class settlement *Elgindy* Action would result in the dismissal of this action. The parties filed a Motion for Approval of Class Action Settlement in the *Elgindy* Action on December 21, 2022. On September 30, 2023, the *Elgindy* Court granted preliminary approval of the settlement and stayed all other proceedings and deadlines related to the *Elgindy* Action. *See* Order Granting Prelim. Approval of Class Action Settlement, attached as Exhibit A. The Final Approval Hearing is set for February 22, 2024 at 2:00 p.m.

      The Parties will provide the Court with an update on the status of the *Elgindy* Action and associated Class Action Settlement in the next status report scheduled for February 12, 2024.

Dated: November 13, 2023

GUTRIDE SAFIER LLP

*s/ Stephen M. Raab*
Stephen M. Raab, WSBA No. 53004
113 Cherry Street, #55150
Seattle, Washington 98140
Tel: 415.639.9090 x109
E-mail: stephen@gutridesafier.com

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| 1 | Dated: November 13, 2023 | DLA PIPER LLP (US) |
| 2 | | *s/ Anthony Todaro* |
| | | Anthony Todaro, WSBA No. 30391 |
| 3 | | 701 Fifth Avenue, Suite 6900 |
| | | Seattle, Washington 98104-7029 |
| 4 | | Tel:  206. 839.4800 |
| | | E-mail:  Anthony.Todaro@us.dlapiper.com |
| 5 | | |
| | | *Attorneys for Defendants Allianz Global* |
| 6 | | *Assistance and Jefferson Insurance Company* |
| 7 | | |
| | | WINSTON & STRAWN LLP |
| 8 | Dated: November 13, 2023 | |
| | | *s/ Gayle I. Jenkins* |
| 9 | | Gayle I. Jenkins (*Pro Hac Vice*) |
| | | 333 S. Grand Avenue |
| 10 | | Los Angeles, California 90071-1543 |
| | | Tel: (213) 615-1700 |
| 11 | | E-mail:  gjenkins@winston.com |
| 12 | | *Attorneys for Defendants Allianz Global* |
| | | *Assistance and Jefferson Insurance Company* |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for parties.

Dated this 13th day of November, 2023.

*s/ Jacey Bittle*
Jacey Bittle, Legal Practice Specialist